WAYNE A. SILVER, Esq. (108135)
333 West El Camino Real, Suite 310
Sunnyvale, California 94087
Email: w_silver@sbcglobal.net
Tel. (408) 720-7007
Fax. (408) 720-7001

Attorney for Defendant,
MICHAEL J. MACCHIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CONOCOPHILLIPS COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br>v.<br><br>MICHAEL J. MACCHIA,<br><br>    Defendant. | Case No. CV-12-01134-JSW<br><br>**STIPULATED REQUEST FOR ORDER ENLARGING TIME TO RESPOND TO COMPLAINT**<br><br>[Civ.L.R. 6-2] |

**TO:    The Hon. Jeffrey S. White, U.S. District Court Judge**:

**COME NOW**, Plaintiff CONOCOPHILLIPS COMPANY ("Conoco") and Defendant MICHAEL J. MACCHIA ("Macchia"), through their undersigned attorneys, and hereby stipulate and agree:

1.    Conoco filed the above captioned civil action on March 7, 2012 and was issued a Summons in a Civil Action calling for a response to the Complaint within twenty – one (21) days of service.

2.    Macchia was served and his response was due on or about April 9, 2012.

3.    Attorney Wayne A. Silver ("Silver") was retained by Macchia on or about Friday, March 30, 2012, and there was insufficient time to respond to become familiar with the case and adequately respond to the Complaint given counsel's travel schedule and a deadline to file a brief in a Ninth Circuit appeal.

4.    Silver contacted counsel for Conoco via email on March 31, 2012, and requested a brief

extension up to and including April 23, 2012 to respond to the Complaint.

  5. Adam Friendenberg of Glynn & Finley, LLP, counsel for Conoco, responded via email on Sunday, April 1, 2012 and agreed to the extension.

  **IT IS THEREFORE STIPULATED AND AGREED** that Macchia shall have until on or before Monday, April 23, 2012 to file a response to the Complaint in this matter.

Dated: April 23, 2012  /s/ Wayne A. Silver
  Wayne A. Silver, attorney for MICHAEL J. MACCHIA

Dated: April 23, 2012  GLYNN & FINLEY, LLP

  By: /s/ Adam D. Friedenberg
  Adam D. Friedenberg, attorneys for Plaintiff CONOCOPHILLIPS COMPANY

**ORDER**

Good cause appearing, it is SO ORDERED.

Dated: April 24, 2012

  Hon. Jeffrey S. White, U.S. District Court Judge