WAYNE A. SILVER, Esq. (108135)
333 West El Camino Real, Suite 310
Sunnyvale, California 94087
Email: w_silver@sbcglobal.net
Tel. (408) 720-7007
Fax. (408) 720-7001

Attorney for Defendant,
MICHAEL J. MACCHIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

CONOCOPHILLIPS COMPANY, a
Delaware corporation,

      Plaintiff,

  v.

MICHAEL J. MACCHIA,

      Defendant.

Case No. CV-12-01134-JSW

**STIPULATED REQUEST FOR ORDER
CONTINUING CASE MANAGEMENT
CONFERENCE**

Current Date:   June 22, 2012

Continued Date:   July 6, 2012

**TO:** **The Hon. Jeffrey S. White, U.S. District Court Judge**:

**COME NOW**, Plaintiff CONOCOPHILLIPS COMPANY ("Conoco") and Defendant MICHAEL J. MACCHIA ("Macchia"), through their undersigned attorneys, and hereby stipulate and agree:

1.     Conoco filed the above captioned civil action on March 7, 2012. Macchia has retained the undersigned attorney Wayne A. Silver ("Silver") and answered on April 23, 2012.

2.     The initial case management conference is set for June 22, 2012 at 1:30.

3.     Silver has multiple court appearances the afternoon of June 22 in the San Jose Bankruptcy Court.

4.     Undersigned counsel have met and conferred, conducted their Rule 26(f) initial discovery conference, and are amenable to continuing the initial case management conference from June 22, 2012 at 1:30 to July 6, 2012 at 1:30.

**IT IS THEREFORE STIPULATED AND AGREED** that, subject to Court approval, the

Page - 1

1  initial case management will be heard on July 6, 2012 at 1:30.

2      Dated: May 30, 2012                    /s/ Wayne A. Silver

3                                             Wayne A. Silver, attorney for MICHAEL J.
                                              MACCHIA
4
       Dated: May 30, 2012                    **GLYNN & FINLEY, LLP**
5

6
                                              By: /s/ Adam Friedenberg
7                                                 Adam D. Friedenberg, attorneys for
                                                  Plaintiff  CONOCOPHILLIPS
8                                                 COMPANY

9                            **ORDER**

10     Good cause appearing, it is SO ORDERED.

11     Dated:  June 1, 2012

12                                             _____
                                              Hon. Jeffrey S. White, U.S. District Court Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulated Request For Order Continuing Case Management Conference