1   WAYNE A. SILVER, Esq. (108135)
2   333 West El Camino Real, Suite 310
    Sunnyvale, California 94087
3   Email: w_silver@sbcglobal.net
    Tel. (408) 720-7007
4   Fax. (408) 720-7001

5   Attorney for Defendant,
    MICHAEL J. MACCHIA
6

7            UNITED STATES DISTRICT COURT

8          NORTHERN DISTRICT OF CALIFORNIA

9              SAN FRANCISCO DIVISION

10  CONOCOPHILLIPS COMPANY, a          Case No. CV-12-01134-JSW
    Delaware corporation,
11                                     **STIPULATED REQUEST FOR ORDER
             Plaintiff,                CONTINUING CASE MANAGEMENT
12      v.                             CONFERENCE**
13
    MICHAEL J. MACCHIA,                Current Date:   June 22, 2012
14                                     Continued Date:   July 6, 2012
             Defendant.
15

16      **TO:    The Hon. Jeffrey S. White, U.S. District Court Judge**:

17      **COME NOW**, Plaintiff CONOCOPHILLIPS COMPANY ("Conoco") and Defendant

18  MICHAEL J. MACCHIA ("Macchia"), through their undersigned attorneys, and hereby stipulate and

19  agree:

20      1.      Conoco filed the above captioned civil action on March 7, 2012. Macchia has retained

21  the undersigned attorney Wayne A. Silver ("Silver") and answered on April 23, 2012.

22      2.      The initial case management conference is set for June 22, 2012 at 1:30.

23      3.      Silver has multiple court appearances the afternoon of June 22 in the San Jose

24  Bankruptcy Court.

25      4.      Undersigned counsel have met and conferred, conducted their Rule 26(f) initial

26  discovery conference, and are amenable to continuing the initial case management conference from

27  June 22, 2012 at 1:30 to July 6, 2012 at 1:30.

28      **IT IS THEREFORE STIPULATED AND AGREED** that, subject to Court approval, the

                                                                        Page - 1

Stipulated Request For Order Continuing Case Management Conference

1 | initial case management will be heard on July 6, 2012 at 1:30.

2 |      Dated: May 30, 2012             /s/ Wayne A. Silver

3 |                                               Wayne A. Silver, attorney for MICHAEL J. MACCHIA

4 |

5 |      Dated: May 30, 2012              **GLYNN & FINLEY, LLP**

6 |

7 |                                   By: /s/ Adam Friedenberg

8 |                                        Adam D. Friedenberg, attorneys for Plaintiff CONOCOPHILLIPS COMPANY

9 | **ORDER**

10 | Good cause appearing, it is SO ORDERED.

11 | Dated:   June 1, 2012

12 |                                           

13 | Hon. Jeffrey S. White, U.S. District Court Judge

Stipulated Request For Order Continuing Case Management Conference