UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CONOCOPHILLIPS COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. MACCHIA, an individual and personal guarantor,<br><br>Defendants. | Case No. CV-12-01134 JSW<br><br>[PROPOSED] STIPULATED TEMPORARY PROTECTIVE ORDER |

The *ex parte* application of Plaintiff ConocoPhillips Company ("Plaintiff") for a Writ of Attachment preventing Defendant Michael J. Macchia ("Defendant") from selling, transferring, or otherwise making unavailable for levy/attachment any of his property is set to be heard by the Honorable Jeffrey S. White on July 13, 2012. The parties hereby stipulate, and ask that the Court enter, this Temporary Protective Order to be in effect through the July 13, 2012 hearing.

Defendant shall not directly or indirectly sell, transfer, encumber, or otherwise make unavailable for levy/attachment any interest he owns in real property, including any interest in real property located at 936 Esmeralda Avenue, San Francisco, California 94110, Parcel No. 5550-005; 3139 Jefferson Avenue, Redwood City, California 94062, Parcel No. 058-322-100; 2478 Massachusetts Avenue, Redwood City, California 94061, Parcel No. 069-123-230; and 665 North Pioneer Avenue, Woodland, California 95776, Parcel No. 027-450-024-000. By

1  so stipulating, Defendant does not admit he currently has any ownership interest in any of the
2  listed properties.
3      This Order shall remain in effect through July 13, 2012 unless modified or extended by
4  the Court.
5
6  SO STIPULATED:
7
8  Date: July 9, 2012

GLYNN & FINLEY, LLP
ADAM D. FRIEDENBERG
JAMES M. HANLON, JR.
PETER A. COWNAN
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By _____
Attorneys for Plaintiff
ConocoPhillips Company

15  Date: July 8, 2012

WAYNE A. SILVER
333 West El Camino Real, Suite 310
Sunnyvale, CA 94807

By: /s/ Wayne A. Silver
Attorney for Defendant
Michael J. Macchia

20  SO ORDERED:
21
22  Date: July 9, 2012

_____
Hon. Jeffrey S. White
U.S. District Court Judge

- 2 -
[PROPOSED] STIPULATED TEMPORARY PROTECTIVE ORDER