UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CONOCOPHILLIPS COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. MACCHIA, an individual and personal guarantor,<br><br>Defendants. | Case No. CV-12-01134 JSW<br><br>[PROPOSED] STIPULATED TEMPORARY PROTECTIVE ORDER |

The *ex parte* application of Plaintiff ConocoPhillips Company ("Plaintiff") for a Writ of Attachment preventing Defendant Michael J. Macchia ("Defendant") from selling, transferring, or otherwise making unavailable for levy/attachment any of his property is set to be heard by the Honorable Jeffrey S. White on July 13, 2012. The parties hereby stipulate, and ask that the Court enter, this Temporary Protective Order to be in effect through the July 13, 2012 hearing.

Defendant shall not directly or indirectly sell, transfer, encumber, or otherwise make unavailable for levy/attachment any interest he owns in real property, including any interest in real property located at 936 Esmeralda Avenue, San Francisco, California 94110, Parcel No. 5550-005; 3139 Jefferson Avenue, Redwood City, California 94062, Parcel No. 058-322-100; 2478 Massachusetts Avenue, Redwood City, California 94061, Parcel No. 069-123-230; and 665 North Pioneer Avenue, Woodland, California 95776, Parcel No. 027-450-024-000. By

1 so stipulating, Defendant does not admit he currently has any ownership interest in any of the
2 listed properties.
3     This Order shall remain in effect through July 13, 2012 unless modified or extended by
4 the Court.
5
6 SO STIPULATED:
7
8 Date: July 9, 2012     GLYNN & FINLEY, LLP
    ADAM D. FRIEDENBERG
    JAMES M. HANLON, JR.
9     PETER A. COWNAN
    One Walnut Creek Center
10     100 Pringle Avenue, Suite 500
    Walnut Creek, CA 94596
11
12     By_____
    Attorneys for Plaintiff
13     ConocoPhillips Company
14
15 Date: July 8, 2012     WAYNE A. SILVER
    333 West El Camino Real, Suite 310
16     Sunnyvale, CA 94807
17
18     By: /s/ Wayne A. Silver
    Attorney for Defendant
    Michael J. Macchia
19
20 SO ORDERED:
21
22 Date: July 9, 2012
23     Hon. Jeffrey S. White
    U.S. District Court Judge
24
25
26
27
28

- 2 -
[PROPOSED] STIPULATED TEMPORARY PROTECTIVE ORDER