WAYNE A. SILVER, Esq. (108135)
333 West El Camino Real, Suite 310
Sunnyvale, California 94087
Email: w_silver@sbcglobal.net
Tel. (408) 720-7007
Fax. (408) 720-7001

Attorney for Defendant,
MICHAEL J. MACCHIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CONOCOPHILLIPS COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br>  v.<br><br>MICHAEL J. MACCHIA,<br><br>    Defendant. | Case No. CV-12-01134-JSW<br><br>**STIPULATED REQUEST FOR ORDER CONTINUING HEARING AND MODIFYING BRIEFING SCHEDULE**<br><br>[Civ.L.R. 7-3, 7-7] |

**TO:    The Hon. Jeffrey S. White, U.S. District Court Judge**:

**COME NOW**, Plaintiff CONOCOPHILLIPS COMPANY ("Conoco") and Defendant MICHAEL J. MACCHIA ("Macchia") (collectively, the "Parties"), through their undersigned attorneys, and hereby stipulate and agree:

1.   Conoco filed a motion for right to attach order and issuance of writ of attachment ("Motion") on July 27, 2012, which is set for hearing on September 21, 2012 at 9:00 a.m.

2.   The Parties have commenced written discovery and are working together to schedule depositions.

3.   Subject to approval of this Court, the Parties have agreed to:

  A. Continue the hearing on the Motion from September 21, 2012 to October 19, 2012 to allow them the benefit of discovery, which counsel believes will narrow and/or resolve issues central to the determination of the Motion.

  B. Modify the briefing schedule in Civil Local Rules 7-3 and 7-7, such that Macchia's

opposition to the Motion will be due on or before September 28, 2012, and Conoco's reply will be due on or before October 10, 2012.

C. Maintain the Temporary Protective Order signed by this Court on July 13, 2012 in full force and effect through and including October 19, 2012.

**IT IS THEREFORE STIPULATED AND AGREED** that:

1. The hearing on the Motion will be continued from September 21, 2012 at 9:00 a.m. to October ~~21,~~ 26, 2012 at 9:00 a.m.

2. Macchia's opposition to the Motion will be due on or before September 28, 2012, and Conoco's reply will be due on or before October 10, 2012.

3. The Temporary Protective Order signed by this Court on July 13, 2012 shall remain in full force and effect through and including October ~~19~~ 26, 2012.

Dated: August 15, 2012        /s/ Wayne A. Silver
                              Wayne A. Silver, attorney for MICHAEL J. MACCHIA

Dated: August 15, 2012        GLYNN & FINLEY, LLP

                              By: /s/ Adam D. Friedenberg
                              Adam D. Friedenberg, attorneys for Plaintiff CONOCOPHILLIPS COMPANY

**ORDER**

Good cause appearing, it is SO ORDERED, as modified above.

Dated: August 21, 2012

_____
Hon. Jeffrey S. White, U.S. District Court Judge