1   GLYNN & FINLEY, LLP
    ADAM D. FRIEDENBERG, Bar No. 205778
2   PETER A COWNAN, Bar No. 255910
    One Walnut Creek Center
3   100 Pringle Avenue, Suite 500
    Walnut Creek, CA 94596
4   Telephone: (925) 210-2800
    Facsimile: (925) 945-1975
5   Email: afriedenberg@glynnfinley.com
          pcownan@glynnfinley.com
6
    Attorneys for Plaintiff
7   ConocoPhillips Company

8              UNITED STATES DISTRICT COURT

9   NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10  CONOCOPHILLIPS COMPANY, a          )   **Case No. CV-12-01134 JSW**
    Delaware corporation,              )
11                                     )   **STIPULATED REQUEST FOR ORDER**
                                       )   **CONTINUING MEDIATION**
12               Plaintiff,            )   **COMPLETION DEADLINE,**
                                       )   **CIV.LR. 6-2, 7-12**
13     vs.                             )
                                       )
14  MICHAEL J. MACCHIA, an individual and )
    personal guarantor,                )   Compl. Filed: 03/07/12
15                                     )
                 Defendants.           )
16  _____ )

17        Plaintiff ConocoPhillips Company and Defendant Michael J. Macchia (collectively, "the

18  parties"), through their undersigned attorneys, hereby stipulate request that the Court order that

19  the mediation completion deadline currently set for August 31, 2012 be continued 60 days.

20  Subject to the agreement of this Court, the stipulation will provide the parties time to further

21  engage in informal negotiations, narrow contested issues, and/or settle the matter. The parties

22  believe that mediation at this point is unlikely to be productive, and intend first to bring and have

23  heard appropriate dispositive motions. The parties do not believe the requested Order will have

24  an effect on the trial date or other case deadlines.

25  ///

26  ///

27  ///

28  ///

- 1 -

STIPULATED REQUEST FOR ORDER CONTINUING MEDIATION COMPLETION DEADLINE

1    IT IS THEREFORE STIPULATED AND AGREED that the mediation completion

2    deadline currently set for August 31, 2012 be continued 60 days.  The new mediation

3    competition deadline will be October 30, 2012.

4

5    Dated:  August 31, 2012

GLYNN & FINLEY, LLP
ADAM FRIEDENBERG
PETER A. COWNAN
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA  94596

6

7

8

9

10    By _____
Attorneys for Plaintiff
ConocoPhillips Company

11

12

13    Dated:  ~~August 31~~ 9/4/, 2012

Wayne A. Silver, Esq.
333 West El Camino Real, Suite 310
Sunnyvale, California  94087

14

15

16    By _____
Attorney for Defendant
Michael J. Macchia

17

18

19

20                            [PROPOSED] ORDER

The parties are admonished that any future request to continue a court ordered deadline shall be filed
in *advance* of the deadline.

21    PURSUANT TO STIPULATION, IT IS SO ORDERED.

22

23    Dated:  September 6, 2012

Hon. Jeffrey J. White
U.S. District Court Judge

24

25

26

27

28

- 2 -

STIPULATED REQUEST FOR ORDER CONTINUING MEDIATION COMPLETION DEADLINE