GLYNN & FINLEY, LLP
ADAM D. FRIEDENBERG, Bar No. 205778
PETER A COWNAN, Bar No. 255910
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Email: afriedenberg@glynnfinley.com
   pcownan@glynnfinley.com

Attorneys for Plaintiff
ConocoPhillips Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CONOCOPHILLIPS COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. MACCHIA, an individual and personal guarantor,<br><br>Defendants. | Case No. CV-12-01134 JSW<br><br>**STIPULATED REQUEST FOR ORDER CONTINUING MEDIATION COMPLETION DEADLINE, CIV.L.R. 6-2, 7-12**<br><br>Compl. Filed: 03/07/12 |

Plaintiff ConocoPhillips Company and Defendant Michael J. Macchia (collectively, "the parties"), through their undersigned attorneys, hereby stipulate request that the Court order that the mediation completion deadline currently set for August 31, 2012 be continued 60 days. Subject to the agreement of this Court, the stipulation will provide the parties time to further engage in informal negotiations, narrow contested issues, and/or settle the matter. The parties believe that mediation at this point is unlikely to be productive, and intend first to bring and have heard appropriate dispositive motions. The parties do not believe the requested Order will have an effect on the trial date or other case deadlines.

///

///

///

///

- 1 -

STIPULATED REQUEST FOR ORDER CONTINUING MEDIATION COMPLETION DEADLINE

IT IS THEREFORE STIPULATED AND AGREED that the mediation completion deadline currently set for August 31, 2012 be continued 60 days. The new mediation competition deadline will be October 30, 2012.

Dated: August 31, 2012

GLYNN & FINLEY, LLP
ADAM FRIEDENBERG
PETER A. COWNAN
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By _____
Attorneys for Plaintiff
ConocoPhillips Company

Dated: ~~August 31~~ 9/4/, 2012

Wayne A. Silver, Esq.
333 West El Camino Real, Suite 310
Sunnyvale, California 94087

By _____
Attorney for Defendant
Michael J. Macchia

[~~PROPOSED~~] ORDER

The parties are admonished that any ~~future request to continue~~ a court ordered deadline shall be filed in *advance* of the deadline.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 6, 2012

_____
Hon. Jeffrey S. White
U.S. District Court Judge

- 2 -

STIPULATED REQUEST FOR ORDER CONTINUING MEDIATION COMPLETION DEADLINE