United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONOCOPHILLIPS COMPANY,

        Plaintiff,

   v.

MICHAEL J. MACCHIA,

        Defendant.

_____/

No. C 12-01134 JSW

**ORDER ADMINISTRATIVELY CLOSING CASE**

On September 28, 2012, Defendant Michael J. Macchia ("Macchia") filed a notice of the bankruptcy petition he filed. Pursuant to 11 U.S.C. § 362(a), the filing of the petition operates as a stay as to all actions against Macchia. Accordingly, this entire action is STAYED.

By virtue of the automatic stay, the Clerk of the Court is directed administratively to close the case for statistical purposes. The parties shall notify the Court within **ten (10) days** of the lifting of the bankruptcy stay, and this matter shall thereafter be reopened.

Moreover, the Court HEREBY TERMINATES the pending motion for a writ. This Order is without prejudice to Plaintiff ConocoPhillips Company refiling this motion after the stay is lifted.

**IT IS SO ORDERED.**

Dated: October 12, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE