UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOCOPHILLIPS COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. MACCHIA,<br><br>　　　　Defendant. | Case No.  12-cv-01134-JSW<br><br>**ORDER REQUIRING STATUS REPORT ON BANKRUPTCY PROCEEDINGS** |

On October 12, 2012, the Court administratively closed this case as to pursuant to a Notice of Bankruptcy filed by the Defendant.  The Court HEREBY ORDERS the parties to submit a status report on the status of the Bankruptcy Proceedings by no later than September 4, 2015.

**IT IS SO ORDERED.**

Dated: August 12, 2015

_____
JEFFREY S. WHITE
United States District Judge