UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CONOCOPHILLIPS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. MACCHIA,<br><br>Defendant. | Case No. 12-cv-01134-JSW<br><br>**ORDER REQUIRING STATUS REPORT ON BANKRUPTCY PROCEEDINGS** |
|---|---|

On October 12, 2012, the Court administratively closed this case as to pursuant to a Notice of Bankruptcy filed by the Defendant. The Court HEREBY ORDERS the parties to submit a report on the status of the Bankruptcy Proceedings by no later than June 15, 2016.

**IT IS SO ORDERED.**

Dated: June 1, 2016

_____
JEFFREY S. WHITE
United States District Judge